■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v DAVID J. DiTUCCI, Appellant. (Appeal No. 2.) [916 NYS2d 546]— Appeal from a resentence of the Monroe County Court (Elma A. Bellini, J.), rendered August 8, 2008. Defendant was resentenced

to a determinate term of six years with five years postrelease supervision upon his conviction of assault in the second degree.

It is hereby ordered that the resentence so appealed from is unanimously affirmed.

Same memorandum as in *People v DiTucci* (81 AD3d 1249 [2011]). Present—Scudder, P.J., Peradotto, Carni, Green and Gorski, JJ.